## Landfield Finance Company, Appellant, v. Regal Box Company, Defendant.
## Ralph L. Shorr, and Hyman Horvitz, Appellees.

Gen. No. 45,703.

Koven & Koven, for
appellant; Louis E. Levinson, of counsel; no appearance for appellees.
Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion
filed March 10, 1952; released for publication March 21, 1952.